# *EXHIBIT B*

Case Number: 24-1-02680-7
Date: August 09, 2024
Serial ID: 24-452350-6131750R5G
Certified By: Catherine Cornwall
King County Clerk, Washington

FILED
2024 JUL 08 03:15 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 24-1-02680-7 SEA

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | | |
|---|---|---|
| THE STATE OF WASHINGTON, Plaintiff, | ) | No. 24-1-02680-7 SEA |
| v. | ) | |
| KURT ALDEN BENSHOOF, Defendant. | ) | MOTION, FINDING OF PROBABLE CAUSE AND ORDER DIRECTING ISSUANCE OF SUMMONS OR WARRANT AND FIXING BAIL |

The plaintiff, having informed the court that it is filing herein an Information charging the defendant with the crime(s) of **Felony Stalking, Attempting To Elude A Pursuing Police Vehicle, Attempting To Elude A Pursuing Police Vehicle,** now moves the court pursuant to CrR 2.2(a) for a determination of probable cause and an order directing the issuance of a summons or warrant for the arrest of the defendant, and

☒ fixing the bail of the defendant in the amount of $500,000.00, cash or approved surety bond; **and no contact direct or indirect with Jessica Owen. The no contact order issued at the time of first appearance remains in effect until arraignment. The Order to Surrender Weapons issued at the time of first appearance (if any) remains in effect until arraignment.**

☐ directing the issuance of a summons; **and no contact direct or indirect with Jessica Owen. The no contact order issued at the time of first appearance (if any) remains in effect until arraignment.**

In connection with this motion, the plaintiff offers the following incorporated materials: The Seattle Police Department certification or affidavit for determination of probable cause; the Seattle Police Department suspect identification data; and the prosecutor's summary in support of order directing issuance of summons or order fixing bail and/or conditions of release.

If the defendant is not in custody, the plaintiff has attempted to ascertain the defendant's

**Leesa Manion (she/her)**
**Prosecuting Attorney**
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 477-3742 FAX (206) 205-6104

current address by searching the District Court Information System database, the driver's license and identicard database maintained by the Department of Licensing, and the database maintained by the Department of Corrections listing persons incarcerated and under supervision.

LEESA MANION (she/her)
King County Prosecuting Attorney

By:

David D. Martin, WSBA #27129
Senior Deputy Prosecuting Attorney

FINDING OF PROBABLE CAUSE AND ORDER FOR ARREST WARRANT

The court finds that probable cause exists to believe that the above-named defendant committed an offense or offenses charged in the information herein based upon the police agency certification/affidavit of probable cause incorporated and pursuant to CrR 2.2(a).

IT IS ORDERED that the Clerk of this Court issue a summons or warrant of arrest for the above-named defendant; and

IT IS FURTHER ORDERED that

☒ the bail of the defendant be fixed in the amount of $500,000.00, cash or approved surety bond; **and defendant shall have no contact direct or indirect with Jessica Owen. The no contact order issued at the time of first appearance remains in effect until arraignment. The Order to Surrender Weapons issued at the time of first appearance (if any) remains in effect until arraignment.**

☐ a summons shall be issued; if the defendant is incarcerated on the investigation charge herein the defendant shall be released from custody; **and shall have no contact direct or indirect with Jessica Owen. The no contact order issued at the time of first appearance (if any) remains in effect until arraignment.**

☐ Additional Conditions: ____________________________________
____________________________________________________
____________________________________________________
____________________________________________________
____________________________________________________

**Leesa Manion (she/her)**
**Prosecuting Attorney**
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 477-3742 FAX (206) 205-6104

IT IS FURTHER ORDERED that the defendant be advised of the amount of bail fixed by the court and/or conditions of his or her release, and of his or her right to request a bail reduction. Service of the warrant by telegraph or teletype is authorized.

SIGNED this _______ day of July, 2024.

______________________________________
JUDGE

Presented by:

David D. Martin, WSBA #27129
Senior Deputy Prosecuting Attorney

MOTION, FINDING OF PROBABLE CAUSE AND ORDER DIRECTING ISSUANCE OF SUMMONS OR WARRANT AND FIXING BAIL - 3

**Leesa Manion (she/her)**
**Prosecuting Attorney**
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 477-3742 FAX (206) 205-6104

# King County Superior Court
# Judicial Electronic Signature Page

Case Number: 24-1-02680-7
Case Title: State vs Benshoof

Document Title: ORDER TO ISSUE SUMMONS OR WARRANT OF ARREST

Signed By: Hillary Madsen
Date: July 08, 2024

Judge: Hillary Madsen

This document is signed in accordance with the provisions in GR 30.

Certificate Hash: A8F21D1A4134263FEF180B3D31AEF0CF46936405
Certificate effective date: 1/6/2021 3:26:10 PM
Certificate expiry date: 1/6/2026 3:26:10 PM
Certificate Issued by: C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA, O=KCDJA, CN="Hillary Madsen: BrlEviJ16hGkpFUp/CyjcQ=="

| | |
|---|---|
| Case Number: | 24-1-02680-7 |
| Date: | August 09, 2024 |
| Serial ID: | 24-452350-6131750R5G |
| Certified By: | Catherine Cornwall<br>King County Clerk, Washington |

I, CATHERINE CORNWALL, Clerk of the Superior Court of the State of Washington for King County, do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof. IN TESTIMONY WHEREOF, I have affixed this Seal of said Superior Court at my office at Seattle.

Catherine Cornwall, King County Clerk

**Instructions to recipient:** If you wish to verify the authenticity of the certified document that was transmitted by the Clerk, you must create and/or sign-in to your KC Script Portal account. Only e-certified documents that were directly ordered through the KC Script Portal can be verified through this tool.

Sign in to KC Script Portal:

**https://dja-prd-ecexap1.kingcounty.gov/**

After you login to your account, click Certified Copy Verification from the black ribbon menu at the top of the screen. There you will enter the following Serial ID.

Serial ID: **24-452350-6131750R5G**

This document contains 4 page plus this sheet, and is a true and correct copy of the original that is of record in the King County Clerk's Office. The copy associated with Serial ID will be displayed by the Clerk.

Case Number: 24-1-02680-7
Date: August 09, 2024
Serial ID: 24-452350-6131750R5G
Certified By: Catherine Cornwall
King County Clerk, Washington

FILED
2024 JUL 08 03:15 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 24-1-02680-7 SEA

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| THE STATE OF WASHINGTON, Plaintiff, | |
| v. | No. 24-1-02680-7 SEA |
| KURT ALDEN BENSHOOF, Defendant. | MOTION, FINDING OF PROBABLE CAUSE AND ORDER DIRECTING ISSUANCE OF SUMMONS OR WARRANT AND FIXING BAIL |

The plaintiff, having informed the court that it is filing herein an Information charging the defendant with the crime(s) of **Felony Stalking, Attempting To Elude A Pursuing Police Vehicle, Attempting To Elude A Pursuing Police Vehicle,** now moves the court pursuant to CrR 2.2(a) for a determination of probable cause and an order directing the issuance of a summons or warrant for the arrest of the defendant, and

☒ fixing the bail of the defendant in the amount of $500,000.00, cash or approved surety bond; **and no contact direct or indirect with Jessica Owen. The no contact order issued at the time of first appearance remains in effect until arraignment. The Order to Surrender Weapons issued at the time of first appearance (if any) remains in effect until arraignment.**

☐ directing the issuance of a summons; **and no contact direct or indirect with Jessica Owen. The no contact order issued at the time of first appearance (if any) remains in effect until arraignment.**

In connection with this motion, the plaintiff offers the following incorporated materials: The Seattle Police Department certification or affidavit for determination of probable cause; the Seattle Police Department suspect identification data; and the prosecutor's summary in support of order directing issuance of summons or order fixing bail and/or conditions of release.

If the defendant is not in custody, the plaintiff has attempted to ascertain the defendant's

**Leesa Manion (she/her)**
**Prosecuting Attorney**
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 477-3742 FAX (206) 205-6104

current address by searching the District Court Information System database, the driver's license and identicard database maintained by the Department of Licensing, and the database maintained by the Department of Corrections listing persons incarcerated and under supervision.

LEESA MANION (she/her)
King County Prosecuting Attorney

By:

David D. Martin, WSBA #27129
Senior Deputy Prosecuting Attorney

FINDING OF PROBABLE CAUSE AND ORDER FOR ARREST WARRANT

The court finds that probable cause exists to believe that the above-named defendant committed an offense or offenses charged in the information herein based upon the police agency certification/affidavit of probable cause incorporated and pursuant to CrR 2.2(a).

IT IS ORDERED that the Clerk of this Court issue a summons or warrant of arrest for the above-named defendant; and

IT IS FURTHER ORDERED that

☒ the bail of the defendant be fixed in the amount of $500,000.00, cash or approved surety bond; **and defendant shall have no contact direct or indirect with Jessica Owen. The no contact order issued at the time of first appearance remains in effect until arraignment. The Order to Surrender Weapons issued at the time of first appearance (if any) remains in effect until arraignment.**

☐ a summons shall be issued; if the defendant is incarcerated on the investigation charge herein the defendant shall be released from custody; **and shall have no contact direct or indirect with Jessica Owen. The no contact order issued at the time of first appearance (if any) remains in effect until arraignment.**

☐ Additional Conditions: ________________________________
________________________________________
________________________________________
________________________________________
________________________________________

**Leesa Manion (she/her)**
**Prosecuting Attorney**
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 477-3742 FAX (206) 205-6104

IT IS FURTHER ORDERED that the defendant be advised of the amount of bail fixed by the court and/or conditions of his or her release, and of his or her right to request a bail reduction. Service of the warrant by telegraph or teletype is authorized.

SIGNED this _______ day of July, 2024.

______________________________
JUDGE

Presented by:

David D. Martin, WSBA #27129
Senior Deputy Prosecuting Attorney

MOTION, FINDING OF PROBABLE CAUSE AND ORDER DIRECTING ISSUANCE OF SUMMONS OR WARRANT AND FIXING BAIL - 3

**Leesa Manion (she/her)**
**Prosecuting Attorney**
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 477-3742 FAX (206) 205-6104

# King County Superior Court
## Judicial Electronic Signature Page

Case Number: 24-1-02680-7
Case Title: State vs Benshoof

Document Title: ORDER TO ISSUE SUMMONS OR WARRANT OF ARREST

Signed By: Hillary Madsen
Date: July 08, 2024

Judge: Hillary Madsen

This document is signed in accordance with the provisions in GR 30.

Certificate Hash: A8F21D1A4134263FEF180B3D31AEF0CF46936405
Certificate effective date: 1/6/2021 3:26:10 PM
Certificate expiry date: 1/6/2026 3:26:10 PM
Certificate Issued by: C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA, O=KCDJA, CN="Hillary Madsen: BrlEviJ16hGkpFUp/CyjcQ=="

| Case Number: | 24-1-02680-7 |
| --- | --- |
| Date: | August 09, 2024 |
| Serial ID: | 24-452350-6131750R5G |
| Certified By: | Catherine Cornwall<br>King County Clerk, Washington |

I, CATHERINE CORNWALL, Clerk of the Superior Court of the State of Washington for King County, do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof. IN TESTIMONY WHEREOF, I have affixed this Seal of said Superior Court at my office at Seattle.

Catherine Cornwall, King County Clerk

**Instructions to recipient:** If you wish to verify the authenticity of the certified document that was transmitted by the Clerk, you must create and/or sign-in to your KC Script Portal account. Only e-certified documents that were directly ordered through the KC Script Portal can be verified through this tool.

Sign in to KC Script Portal:

**https://dja-prd-ecexap1.kingcounty.gov/**

After you login to your account, click Certified Copy Verification from the black ribbon menu at the top of the screen. There you will enter the following Serial ID.

Serial ID: **24-452350-6131750R5G**

This document contains 4 page plus this sheet, and is a true and correct copy of the original that is of record in the King County Clerk's Office. The copy associated with Serial ID will be displayed by the Clerk.

Case Number: 24-0-62121-3
Date: August 25, 2024
Serial ID: 24-483857-626698914L
Certified By: Catherine Cornwall
King County Clerk, Washington

**Ellis, Ryan**

FILED
2024 JUL 09 02:18 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 24-0-62121-3 SEA

**From:** Straley, Nicholas <Nicholas.Straley@kingcounty.gov>
**Sent:** Thursday, June 27, 2024 1:29 PM
**To:** Ellis, Ryan
**Subject:** RE: Search Warrant Application

**CAUTION: External Email**

Detective Ellis:

I have received your affidavit/declaration in support of your application for a search warrant, which was submitted electronically under the penalty of perjury and which bears your name, department/agency and badge number. Having sworn under oath, I have reviewed your sworn testimony that the attached affidavit/declaration is true and correct and that it has been electronically submitted to me from an electronic device that is owned, issued, or maintained by your agency.

I have reviewed your application for the Search Warrant in this matter. Based upon that review, I grant the request to search for items as listed in the attached Search Warrant within 10 days of the date and time listed below.

You are authorized to affix my signature to the affidavit/declaration and Search Warrant pursuant to RCW 10.79.035. You may file your return at the King County Superior Court Clerk's office. A printed copy of this authorization must be attached to your return.

Date: 6/27/24
Time: 1:24 p.m.

Judge Nicholas Straley
King County Superior Court

---

**From:** Ellis, Ryan <Ryan.Ellis2@seattle.gov>
**Sent:** Thursday, June 27, 2024 1:03 PM
**To:** Straley, Nicholas <Nicholas.Straley@kingcounty.gov>
**Subject:** Search Warrant Application

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

Good afternoon,
Judge Straley, please review the SW affidavit and Exhibit 1 application related to Suspect Kurt Benshoof, who currently has a $250k municipal arrest warrant for 89 counts of VNCO.

Thank you for your consideration,

Detective Ryan Ellis
MISD- DV Unit
Seattle Police Department
610 5th AVE, Seattle, WA 98124
206-386-1306

Case 2:24-mc-00060-JNW    Document 6-1    Filed 10/09/24    Page 13 of 14

2

| Case Number: | 24-0-62121-3 |
| --- | --- |
| Date: | August 25, 2024 |
| Serial ID: | 24-483857-6266989I4L |
| Certified By: | Catherine Cornwall<br>King County Clerk, Washington |

I, CATHERINE CORNWALL, Clerk of the Superior Court of the State of Washington for King County, do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof. IN TESTIMONY WHEREOF, I have affixed this Seal of said Superior Court at my office at Seattle.

Catherine Cornwall, King County Clerk

**Instructions to recipient:** If you wish to verify the authenticity of the certified document that was transmitted by the Clerk, you must create and/or sign-in to your KC Script Portal account. Only e-certified documents that were directly ordered through the KC Script Portal can be verified through this tool.

Sign in to KC Script Portal:

**https://dja-prd-ecexap1.kingcounty.gov/**

After you login to your account, click Certified Copy Verification from the black ribbon menu at the top of the screen. There you will enter the following Serial ID.

Serial ID: **24-483857-6266989I4L**

This document contains 2 page plus this sheet, and is a true and correct copy of the original that is of record in the King County Clerk's Office. The copy associated with Serial ID will be displayed by the Clerk.