| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 4 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

STATE OF WASHINGTON,

    Plaintiff - Appellee,

 v.

ANN DAVISON; et al.,

    Respondents,

KURT BENSHOOF,

    Defendant - Appellant.

No. 25-498

D.C. No. 2:24-mc-00060-JNW
Western District of Washington,
Seattle

ORDER

Appellant did not file the opening brief by the due date. This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT